## HARP v. NOWELL.

PER CURIAM. There being issues of fact for the jury to determine, it was erroneous to direct a verdict for the plaintiff.

*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*
No. 110. JANUARY 18, 1918.

Ejectment. Before Judge Mathews. Bibb superior court. December 8, 1916.

*Feagin & Hancock,* for plaintiff in error.

*Charles H. Garrett,* contra.